**UNITED STATES BANKRUTPCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 13** |
| **ROBERT METCHELL WARD,** | ) | |
| **MARSHA ELAINE WARD,** | ) | **CASE NO. 21-21122-JRS** |
| | ) | |
| **DEBTORS,** | ) | **JUDGE SACCA** |

**AMENDMENT TO VOLUNTARY PETITION**

Debtors amends their voluntary petition to show the correct Social Security Number for Robert Metchell Ward to be xxx-xx-1759.

This 3rd day of November, 2021.

                                              /s/Jeffrey B. Kelly
                                              JEFFREY B. KELLY
                                              Law Office of Jeffrey B. Kelly, P.C.
                                              Attorney for Debtors
                                              Georgia Bar No.  412798

107 E. 5th Avenue
Rome, GA  30161
(678) 861-1127 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

| Fill in this information to identify your case: | |
|---|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)*  21-21122-jrs

Chapter you are filing under:
☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

■ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Robert**<br>First name<br><br>**Metchell**<br>Middle name<br><br>**Ward**<br>Last name and Suffix (Sr., Jr., II, III) | **Marsha**<br>First name<br><br>**Elaine**<br>Middle name<br><br>**Ward**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | Robert Metchell C Ward | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1759 | xxx-xx-2565 |

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 1

| Debtor 1 | Robert Metchell Ward | | |
|---|---|---|---|
| Debtor 2 | Marsha Elaine Ward | Case number *(if known)* | 21-21122-jrs |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 4. | Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN |
| 5. | Where you live | **52 Maple Village Park**<br>**Ellijay, GA 30536**<br>Number, Street, City, State & ZIP Code<br><br>**Gilmer**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| 6. | Why you are choosing *this district* to file for bankruptcy | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **Robert Metchell Ward**
Debtor 2  **Marsha Elaine Ward**

Case number *(if known)* **21-21122-jrs**

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| | Debtor | _____ | | | Relationship to you | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |
| | Debtor | _____ | | | Relationship to you | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.
    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| | | |
|---|---|---|
| Debtor 1 | Robert Metchell Ward | |
| Debtor 2 | Marsha Elaine Ward | Case number *(if known)* 21-21122-jrs |

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☒ No.  Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

☒ No.
☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

| | |
|---|---|
| Debtor 1  **Robert Metchell Ward** | |
| Debtor 2  **Marsha Elaine Ward** | Case number *(if known)*  **21-21122-jrs** |

### Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**About Debtor 1:**

**About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

 ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

 ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

 ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

 ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

 ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

 ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| | |
|---|---|
| Debtor 1 | Robert Metchell Ward |
| Debtor 2 | Marsha Elaine Ward |

Case number *(if known)*  21-21122-jrs

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| /s/ Robert Metchell Ward | /s/ Marsha Elaine Ward |
| **Robert Metchell Ward** | **Marsha Elaine Ward** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  November 3, 2021 | Executed on  November 3, 2021 |
| MM / DD / YYYY | MM / DD / YYYY |

| | | | |
|---|---|---|---|
| Debtor 1 | Robert Metchell Ward | | |
| Debtor 2 | Marsha Elaine Ward | Case number *(if known)* | 21-21122-jrs |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Jeffrey B. Kelly                              Date    November 3, 2021
Signature of Attorney for Debtor                          MM / DD / YYYY

Jeffrey B. Kelly 412798
Printed name

Law Office of Jeffrey B. Kelly, P.C.
Firm name

107 E. 5th Avenue
Rome, GA 30161
Number, Street, City, State & ZIP Code

Contact phone  678-861-1127            Email address  lawoffice@kellycanhelp.com

412798 GA
Bar number & State

**AFFIDAVIT**

The undersigned hereby declares under penalty of perjury, that the statements made in the foregoing are true and correct to the best of his/her information, knowledge and belief.

This 3rd day of November, 2021.

/s/ Robert Metchell Ward
Debtor

/s/ Marsha Elaine Ward
Debtor

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Amendment to Voluntary Petition on the following by U. S. Mail, in a properly stamped and addressed envelope.

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave NE Ste. 120
Atlanta, GA  30303

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Dr. SE
Atlanta, GA  30303

Robert & Marsha Ward
52 Maple Village Park
Ellijay, GA 30536

*All creditors on attached matrix*

This 3rd day of November, 2021.

/s/Jeffrey B. Kelly
Attorney for Debtors
Bar No. 41279
107 E. 5th Avenue
Rome, Ga.  30161
(706) 295-0030 (Phone)
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

```
Label Matrix for local noticing          Ally Bank                                Capital One Auto Finance
113E-2                                   200 West Civic Centre Drive              3905 Dallas Parkway
Case 21-21122-jrs                        Sandy, UT 84070-4207                     Dallas, TX 75093-7892
Northern District of Georgia
Gainesville
Wed Nov  3 14:24:42 EDT 2021

Capital One Bank USA NA                  Carmen V. Porreca, PC                    Cavalry SPV I, LLC
10700 Capital One Way                    Atty for Piedmont Mountainside           as assignee of HSBC Bank Nevada, N.A.
Glen Allen, VA 23060-9243                4901 Olde Towne Pkwy Ste 303             Capital One Bank USA, N.A.
                                         Marietta, GA 30068-5644                  500 Summit Lake Drive, Ste 400
                                                                                  Valhalla, NY 10595-2321

Equifax                                  Experian                                 GM Financial
PO Box 740241                            PO Box 9701                              P.O. Box 1838341
Atlanta, GA 30374-0241                   Allen, TX 75013-9701                     Arlington, TX 76096


(p)GEORGIA DEPARTMENT OF REVENUE         Gilmer County Magistrate Court           Gilmer County Superior Court
COMPLIANCE DIVISION                      1 Broad St #203                          1 Broad St
ARCS BANKRUPTCY                          Ellijay, GA 30540-9049                   Ste 202
1800 CENTURY BLVD NE SUITE 9100                                                   Ellijay, GA 30540-9049
ATLANTA GA 30345-3202

Internal Revenue Service                 Jerry Curtis Tootle                      Jeffrey B. Kelly
PO Box 7346                              Atty for Ally Bank                       Law Office of Jeffrey B. Kelly, P.C.
Philadelphia, PA 19101-7346              PO BOx 52815                             107 E. 5th Avenue
                                         Atlanta, GA 30355-0815                   Rome, GA 30161-1725

NY State HIgher Education Serv           Piedmont Healthcare                      Piedmont Mountainside Hospital
99 Wahsington Ave 14 Flr                 PO Box 102859                            1266 Highway 515 South
Albany, NY 12205-2601                    Atlanta, GA 30368-2859                   Jasper, GA 30143-4872

Polk County Magistrate Court             (p)PORTFOLIO RECOVERY ASSOCIATES LLC     Santander Consumer USA
102 Prior Street                         PO BOX 41067                             PO Box 961245
Suite 203                                NORFOLK VA 23541-1067                    Fort Worth, TX 76161-0244
Cedartown, GA 30125-2945

Stacey Chambers                          Trans Union                              United States Attorney
2202 Antioch Church Rd                   PO Box 1000                              Northern District of Georgia
Talking Rock, GA 30175-3762              Chester, PA 19016-1000                   75 Ted Turner Drive SW, Suite 600
                                                                                  Atlanta GA 30303-3309

Marsha Elaine Ward                       Robert Metchell Ward                     Weber & Olcese, P.L.C.
52 Maple Village Park                    52 Maple Village Park                    Atty for Portfolio Recovery
Ellijay, GA 30536-6200                   Ellijay, GA 30536-6200                   2700 Stanley Gault Pkwy #130
                                                                                  Louisville, KY 40223-5133


Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303-1216
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>Bankruptcy Section<br>PO Box 161108<br>Atlanta, GA 30321-1108 | Portfolio Recovery Associates,<br>120 Corporate Blvd<br>Norfolk, VA 23502 | End of Label Matrix<br>Mailable recipients   27<br>Bypassed recipients    0<br>Total                 27 |